IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01281-LTB

ISAAC SOLOMON ACEVES,

    Plaintiff,

v.

[No Named Defendants],

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 27, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendant(s) and against Plaintiff.

    DATED at Denver, Colorado, this 27th day of June, 2014.

                             FOR THE COURT,

                             JEFFREY P. COLWELL, Clerk

                             By: s/K Lyons
                                 Deputy Clerk